## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

JERRY CROUCH                                                                                           PLAINTIFF

v.                                        No. 2:10CV00087 JLH

JUAN ESQUEDA and
DANNY HERMAN TRUCKING, INC.                                                          DEFENDANTS

## ORDER

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed. Therefore, the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

IT IS SO ORDERED this 20th day of September, 2010.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE